**No. 60709.**—Paillard Products, Inc. v. United States, protest 280311–K (New York).

Opinion by Rao, J.   In accordance with stipulation of counsel that the items in question are entireties with typewriters, being portable typewriters, and that the cases are the usual containers for such typewriters, the claim of the plaintiff was sustained.